IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   CR 621-006-06 |
| ERIKA SUSAN HIGHSMITH | * |

O R D E R

Before the Court in the captioned case is Defendant Erika Susan Highsmith's motion for early termination of her supervised release. Defendant is supervised by Mr. Tony Graham of this district's probation office, who refers to Ms. Highsmith as a success story. Upon his recommendation, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the motion for early termination of Defendant Highsmith's term of supervised release (doc. 295) is **GRANTED**. Defendant Erika Susan Highsmith is hereby discharged from supervised release upon entry of this Order. The Clerk shall send a copy of this Order to Mr. Tony Graham in the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA